IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEPHON REED
ADC #137066                                                                                          PETITIONER

v.                      Case No. 5:17-cv-00257-KGB/JTK

WENDY KELLEY, Director
Arkansas Department of Correction                                      RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 10). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 10). The Court dismisses with prejudice petitioner Stephon Reed's petition for writ of habeas corpus and denies a certificate of appealability (Dkt. No. 2).

So ordered this 27th day of December, 2018.

                                                                    Kristine G. Baker
                                                                    United States District Judge