**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**STEPHON REED**
**ADC #137066**                                                                                    **PETITIONER**

**v.**                                      **Case No. 5:17-cv-00257-KGB/JTK**

**WENDY KELLEY, Director**
**Arkansas Department of Correction**                                        **RESPONDENT**

### JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that

petitioner Stephon Reed's petition for writ of habeas corpus is dismissed with prejudice.

So adjudged this 27th day of December, 2018.

_Kristine G. Baker_
_____
Kristine G. Baker
United States District Judge